# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**PEARLE VISION, INC,**

                              **Plaintiff,**

-vs-                                                    **Case No.  2:04-cv-357-FtM-29DNF**

**VISION CARE OF FORT MYERS, INC.,
ET AL.,**

                              **Defendants.**

_____

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR JUDGMENT ON THE PLEADINGS AS TO GARNISHMENT (Doc. No. 114)** |
| **FILED:** | **January 4, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Plaintiff, Pearle Vision, Inc. is requesting that the Court enter a final judgment as to

garnishment.  Plaintiff holds unsatisfied judgments against the Defendants, Vision Care of Ft. Myers,

Inc., Loran A. Bennett, and Bettie Michele Guyton Bennett in the sum of $118,825.23.  Plaintiff had

three writs of garnishment served on Bank of America, N.A., the Garnishee.  Bank of America, N.A..

answered the Writs of Garnishment, and admitted  indebtedness to the Defendant, Loran A. Bennet

in a checking account with a balance of $1,333.29.  Defendants have not responded or objected to the

Writs of Garnishment or the Garnishee's Answers to the Writs of Garnishment, and the time to

respond has now passed.  Pursuant to Fla. Stat. §77.083, Plaintiff requests that the Court enter a

judgment in its favor and against Garnishee for the amount of $1,333.29.   Section 77.083, Fla. Stat.

provides in part as follows: "Judgment against the garnishee on the garnishee's answer or after trial

of a reply to the garnishee's answer shall be entered for the amount of his or her liability as disclosed

by the answer or trial."  Plaintiff is entitled to a final judgment of garnishment.

> **IT IS HEREBY ORDERED:**

The Clerk is directed to enter a Final Judgment of Garnishment which shall include the

following language:

> On the Writ of Garnishment as to Loran A. Bennett (Doc. 95), and Answer
> thereto (Doc. 104), judgment of garnishment in favor of Plaintiff, Pearle Vision, Inc.
> and against Garnishee, Bank of America, N.A., in the sum of $1,333.29 is entered.
> Upon the payment of $1,333.29, the Garnishee, Bank of America, N.A. is discharged
> from further liability under the writ as to Loran A. Bennett; and
> On the Writs of Garnishment as to Bettie M.G. Bennett (Doc. 94) and Vision
> Care of Ft. Myers, Inc. (Doc. 96) and answers thereto (Doc. 106 and 108), judgment
> of no liability on these Writs of Garnishment is entered.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  1st   day of February, 2006.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record